IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cv-00189-TSC |
| ) | |
| CENTRAL INTELLIGENCE AGENCY *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

In accordance with the Court's January 5, 2018 Minute Order, counsel for the parties have conferred and hereby notify the Court of the following updates.[1] The parties regret that they have been unable to agree on the content of this Status Report and reluctantly file this divided report presenting their respective positions.

Defendants' Position:

As regards the Department of State, Department of Defense, Office of the Director of National Intelligence ("ODNI"), Department of Commerce, Department of Education, Office of Personnel Management ("OPM"), Department of Justice ("DOJ") components Mail Referral Unit and Office of Information Policy, and Federal Bureau of Investigation ("FBI"), Defendants report no update in the status of this matter.

Defendant Central Intelligence Agency ("CIA") reports that it has completed its search for responsive records as to both the briefing requests (counts 1 and 2) and investigation requests (counts 8 and 9), and has produced non-exempt portions of

---

[1] The nature and status of this matter arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, are more fully laid out in the parties prior joint status reports, filed May 18, June 5, June 23, and October 6, 2017 (ECF Nos. 9, 10, 11, and 14).

1

responsive records in monthly installments, pursuant to the Court's June 26, 2017 Minute Order. With respect to the responsive records that remain, CIA is currently consulting with other agencies who have equities in the documents.

While CIA anticipates that it will be able to complete its own production by the end of January, it cannot control the timing of processing by the other agencies with whom it is consulting. CIA will, however, follow up with these other agencies to ensure that production may be completed as soon as possible. Accordingly, the parties respectfully submit that it is premature to set a final production deadline or briefing schedule at this time, and request leave to file a follow-up status report within 30 days, or by February 12, 2018.

Plaintiff's Position:

CIA has been given over a year to process these records and has made negligible progress. The December interim release consisted of eight documents totaling twenty pages, and each of the previous interim releases consisted of significantly fewer documents and pages (for instance, the October release was only two documents totaling four pages). Its counsel has informed Plaintiff's counsel that CIA now intends to refer several documents to other agencies for direct response to Plaintiff which it has ostensibly been processing for months. CIA has consistently refused across the board to recognize the vital and immediate public interest in these records, starting with its refusal to grant them expedited processing and continuing with its slow trickle of interim releases, and Plaintiff has generously delayed seeking a court order for expedition due to CIA's repeated assurances that it is *almost* done.

It is time for CIA to be *actually* done, and the Court should not allow it to continue to delay any further, this time by hiding behind the involvement of other agencies. If CIA had granted Plaintiff's requests for expedited processing when it was supposed to, those other agencies would have also processed the records expeditiously. CIA did not, and so

those agencies are not. The Court should order CIA to produce all non-exempt responsive records to Plaintiff by January 31, 2018, with no exceptions. If CIA informs these other unspecified agencies that the Court has issued a hard deadline, they will comply. If another agency cannot comply, *it* must offer a declaration explaining the need for a delay. It is time for this case to be briefed.

Respectfully submitted on January 12, 2018.

| | |
|---|---|
| */s/ Kelly B. McClanahan* | CHAD A. READLER |
| Kelly B. McClanahan, Esq. | Acting Assistant Attorney General |
| D.C. Bar #984704 | |
| National Security Counselors | JESSIE K. LIU |
| 4702 Levada Terrace | United States Attorney, District of Columbia |
| Rockville, MD  20853 | |
| 301-728-5908 | MARCIA BERMAN |
| 240-681-2189 fax | Assistant Branch Director |
| Kel@NationalSecurityLaw.org | Federal Programs Branch |
| | |
| *Counsel for Plaintiff* | */s/ Lynn Y. Lee* |
| | LYNN Y. LEE |
| | California Bar #235531 |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, N.W. |
| | Washington, D.C. 20530 |
| | (202) 305-0531 (office) |
| | (202) 616-8470 (fax) |
| | lynn.lee@usdoj.gov |
| | |
| | *Attorneys for Defendants* |