**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY STEIN, | |
| *Plaintiff*, | |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | Case No. 17-cv-00189 (TSC) |
| *Defendants*. | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, the Central Intelligence Agency, Department of Commerce, Department of Defense, Department of Education, Department of Justice, Department of State, the Office of the Director of National Intelligence, and the Office of Personnel Management, hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56(b).  Attached in support of Defendants' motion are a memorandum of points and authorities; the declarations of Antoinette B. Shiner, Katherine McPhail, Mark H. Herrington, Lisa Senecal, David M. Hardy, Patricia Gaviria, Vanessa R. Brinkmann, Charles D. Watters, Tiffany Ford, and Eric F. Stein; a statement of material facts not in dispute; and a proposed order.

Dated: August 24, 2018

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Michael H. Baer*
MICHAEL H. BAER
Trial Attorney (New York Bar No. 5384300)
U.S. Department of Justice,
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW

2

Washington, D.C. 20530
Telephone:      (202) 305-8573
Facsimile:       (202) 616-8460
E-mail:           Michael.H.Baer@usdoj.gov


*Counsel for Defendants*

2