**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY STEIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:17-cv-00189-TSC |

**NOTICE OF FILING OF EXHIBITS IN TEXT-SEARCHABLE FORM**

Defendants respectfully submit this Notice of Filing, to which are attached text-searchable versions of the exhibits to Defendants' Memorandum in Support of their Motion for Summary Judgment, ECF No. 22-1. A number of those exhibits were inadvertently filed in a form that is not text-searchable. *See* LCvR 5.4(a). This filing corrects that oversight, but no other changes have been made to the contents of the exhibits. Moreover, for ease of reference, Defendants have re-filed all of the exhibits to the Memorandum in Support of their Motion for Summary Judgment as attachments to this Notice, even though some of the exhibits were initially filed in text-searchable form. The index of those exhibits has been reproduced below.

| **Document** | **Exhibit Number** |
|---|---|
| Declaration of Antoinette B. Shiner (CIA) | 1 |
| Declaration of Katherine McPhail (Dept. of Commerce) | 2 |

| | |
|---|---|
| Declaration of Mark H. Herrington (Dept. of Defense) | 3 |
| Declaration of Lisa Senecal (Department of Edu.) | 4 |
| Declaration of David M. Hardy (FBI) | 5 |
| Declaration of Patricia Gaviria (ODNI) | 6 |
| Declaration of Vanessa Brinkmann (OIP) | 7 |
| Declaration of Charles D. Watters (OPM) | 8 |
| Declaration of Tiffany Ford (OPM) | 9 |
| Declaration of Eric F. Stein (Dept. of State) | 10 |

Dated: October 16, 2018     Respectfully Submitted,

JOSEPH H. Hunt
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Michael H. Baer*
MICHAEL H. BAER
Trial Attorney (New York Bar No. 5384300)
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street NW, Room 12306
Washington, DC 20530
Telephone: (202) 305-8573
Facsimile:  (202) 616-8470
E-mail:     Michael.H.Baer@usdoj.gov

*Counsel for Defendants*