UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> Defendant. | Civil Action No. 17-cv-0189 (TSC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is GRANTED in part and DENIED in part, and Plaintiff's cross-motion for partial summary judgment is GRANTED in part and DENIED in part. It is further ORDERED that the parties meet and confer and file a JOINT proposal for moving forward with this case no later than April 30, 2020. The proposal shall include proposed plans for the following:

CIA production of material consistent with the court's opinion at 17–20;

FBI submission of an additional declaration to explain its search methodology for the two requests discussed in the court's opinion at 22–23;

DOJ submission of an additional declaration explaining the MRU's referral decision, consistent with the court's opinion at 28–30;

OPM submission of an additional declaration consistent with the court's opinion at 32–35;

ODNI submission of an additional declaration consistent with the court's opinion at 39–40;

Education submission of an additional declaration consistent with the court's opinion at 40–41; and

State submission of an additional declaration consistent with the court's opinion at 41–43.

Date: April 14, 2020

                          *Tanya S. Chutkan*
                          TANYA S. CHUTKAN
                          United States District Judge