IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY STEIN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-00189 |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 11, 2020 Order, *see* ECF No. 49, Plaintiff and Defendants (together, "the parties") have conferred and offer the following updates on the status of the above-captioned Freedom of Information Act ("FOIA") case:

1. As indicated in the parties' previous joint status report, the Department of Education ("Education") has completed its review of the potentially responsive records that it located in its search and produced to Plaintiff material that it determined was responsive, non-exempt, and subject to FOIA. *See* ECF No. 54. Education is making one referral of additional potentially responsive material it located to another agency for review.

2. The parties continue to discuss what issues (if any) remain in the case, along with appropriate next steps.

3. Pursuant to the Court's June 11 Order, which instructed the parties to file a joint status report every 30 days, the parties will file another joint status report by January 15, 2021. To the extent the report contains a proposed production or briefing schedule, the report will be accompanied by a proposed order.

Dated: December 16, 2020                              Respectfully Submitted,


*/s/ Kelly B. McClanahan*                              JEFFREY BOSSERT CLARK
Kelly B. McClanahan, Esq.                              Acting Assistant Attorney General
D.C. Bar #984704
National Security Counselors                           MARCIA BERMAN
4702 Levada Terrace                                    Assistant Branch Director
Rockville, MD 20853
301-728-5908                                           */s/ Michael H. Baer*
240-681-2189 fax                                       MICHAEL H. BAER
Kel@NationalSecurityLaw.org                            Trial Attorney (N.Y. Bar No. 5384300)
                                                       U.S. Department of Justice,
*Counsel for Plaintiff*                                Civil Division, Federal Programs Branch
                                                       1100 L Street NW
                                                       Washington, DC 20530
                                                       Telephone: (202) 305-8573
                                                       Facsimile:  (202) 616-8470
                                                       E-mail:   Michael.H.Baer@usdoj.gov

                                                       *Counsel for Defendants*