IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jeffrey Stein,**<br>Plaintiff<br><br>**v.**<br><br>**Central Intelligence Agency,** *et al.*<br>Defendants | Civil Action No.: 1:17-cv-00189 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's June 11, 2020 Order, *see* ECF No. 49, Plaintiff and Defendants (together, "the parties") have conferred and offer the following updates on the status of the above-captioned Freedom of Information Act ("FOIA") case:

1. As indicated in the parties' previous joint status report, the Department of Education ("Education") has completed its review of the potentially responsive records that it located in its search, and it has produced to Plaintiff material that it determined was responsive, non-exempt, and subject to FOIA. *See* ECF No. 55. As the parties previously noted, *see id.*, Education made a referral of potentially responsive material to another agency for review.

2. It is anticipated that Education's referral will be completed shortly, and all responsive, non-exempt material subject to FOIA contained within the referral will be produced to Plaintiff on or before February 19, 2021.

3. The parties continue to discuss what issues (if any) remain in the case, along with appropriate next steps.

4. Pursuant to the Court's June 11 Order, which instructed the parties to file a joint status

report every 30 days, the parties will file another joint status report by March 18, 2021.  To

the extent the report contains a proposed production or briefing schedule, the report will be

accompanied by a proposed order.


Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 FAX
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

 /s/ Daniel D. Mauler
DANIEL D. MAULER
D.D.C. Bar No. 977757
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-0773
FAX: (202) 616-8470
dan.mauler@usdoj.gov

*Counsel for Defendants*