IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jeffrey Stein,**<br>Plaintiff<br><br>v.<br><br>**Central Intelligence Agency,** *et al.*<br>Defendants | Civil Action No.: 1:17-cv-00189 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's June 11, 2020 Order, *see* ECF No. 49, Plaintiff and Defendants (together, "the parties") have conferred and offer the following updates on the status of the above-captioned Freedom of Information Act ("FOIA") case:

1. Since the parties' previous joint status report, the Department of Education ("Education") has completed its production of material that it determined was responsive, non-exempt, and subject to FOIA.

2. The parties continue to discuss what issues (if any) remain in the case, along with appropriate next steps.

3. Pursuant to the Court's June 11 Order, which instructed the parties to file a joint status report every 30 days, the parties will file another joint status report by April 19, 2021. To the extent the report contains a proposed production or briefing schedule, the report will be accompanied by a proposed order.

                    Respectfully Submitted,

*/s/ Kelly B. McClanahan*  
Kelly B. McClanahan, Esq.  
D.C. Bar #984704  
National Security Counselors  
4702 Levada Terrace  
Rockville, MD 20853  
301-728-5908  
240-681-2189 FAX  
Kel@NationalSecurityLaw.org  

*Counsel for Plaintiff*

BRIAN M. BOYNTON  
Acting Assistant Attorney General  

MARCIA BERMAN  
Assistant Branch Director  

 /s/ Daniel D. Mauler  
DANIEL D. MAULER  
D.D.C. Bar No. 977757  
Trial Attorney  
United States Department of Justice  
Civil Division - Federal Programs Branch  
1100 L Street NW  
Washington, DC 20005  
Telephone: (202) 616-0773  
FAX: (202) 616-8470  
dan.mauler@usdoj.gov  

*Counsel for Defendants*