**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

JEFFREY STEIN                                          )
                                                       )
                      *Plaintiff,*                     )
                                                       )
v.                                                     )          Civil Action No. 1:17-cv-00189 (TSC)
                                                       )
CENTRAL INTELLIGENCE                                   )
AGENCY, *et al.,*                                      )
                                                       )
                      *Defendants.*                    )

**JOINT STATUS REPORT**

Pursuant to the Court's June 11, 2020 Order, *see* ECF No. 49, and the Court's October 28, 2021, minute order, Plaintiff and Defendants (together, "the Parties") have conferred and offer the following updates on the status of the above-captioned Freedom of Information Act ("FOIA") case:

1.  As stated in the parties' June 20, 2021 joint status report, Plaintiff's counsel has requested from Defendants' counsel further information about multiple subjects covered by the declarations provided to Plaintiff on June 26, 2020, and the supplemental releases of Department of Education information in November 2020 and February 2021. *See* ECF No. 63 ¶ 1. On July 13, 2021, Defendants agreed to provide certain information that Plaintiff seeks and in turn requested that Plaintiff confirm that the requests represent the full universe of contested issues in this case. On September 20, 2021, Plaintiff's counsel declined Defendants' counsel's request.

2.  Nevertheless, in the spirit of attempting to narrow or eliminate the issues in this case, Defendants are preparing appropriate responses to Plaintiff's requests based on information that is reasonably available to Defendants. Defendants have made substantial progress in

preparing those responses and expect to submit them to Plaintiff soon.

3.  Consistent with the Court's October 28, 2021, minute order, the Parties will continue filing joint status reports every 60 days. The next report will be filed no later than February 1, 2022.  To the extent the next report proposes a change in the status quo, the report will be accompanied by a proposed order.

Date:   December 3, 2021

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 FAX
Kel@NationalSecurityLaw.org

Counsel for Plaintiff

Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/Jason C. Lynch
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

Counsel for Defendants