UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JEFFREY STEIN**,

        Plaintiff,

   v.

**CENTRAL INTELLIGENCE AGENCY**, *et al.*,

        Defendant.

Civil Action No. 17-189 (TSC)

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 89, Defendants' Motion for Summary Judgment, ECF No. 77, and Plaintiff's Cross-Motion for Summary Judgment, ECF No. 82, are GRANTED in part and DENIED in part.

In accordance with that Memorandum Opinion, it is hereby ORDERED that, within 60 days:

(1) CIA shall produce to Plaintiff the documents discussed in the Memorandum Opinion's Section III.A.1., but may redact from those documents all information except the names of the individuals receiving security clearance investigations;

(2) State shall file *ex parte* a copy of the single disputed page it has withheld in part for the court to review the redacted portions *in camera*; and

(3) the parties shall meet and confer and file a joint status report proposing a schedule for renewing any motions for summary judgment or any other necessary deadlines going forward.

Date: September 29, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge