NTSIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY STEIN | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) | |

## NOTICE OF *IN CAMERA, EX PARTE* SUBMISSION

Pursuant to the Court's September 29, 2023 order, ECF No. 90, Defendant the U.S. Department of State has submitted to the Court *ex parte*, for its *in camera* review, an unredacted copy of the single disputed page withheld by State and previously attached in redacted form as Exhibit 3 to Defendants' Motion for Summary Judgment, ECF No. 77-4.

Date:  November 20, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendants*