IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, </br></br>      *Plaintiff*, </br></br>v. </br></br>CENTRAL INTELLIGENCE AGENCY, *et al.*, </br></br>      *Defendants*. | Civil Action No. 1:17-cv-00189 (TSC) |

## JOINT STATUS REPORT

This Freedom of Information Act ("FOIA") case has been through two rounds of summary judgment already. *See Stein v. Cent. Intel. Agency*, No. CV 17-189 (TSC), 2023 WL 6388946 (D.D.C. Sep. 29, 2023) ("*Stein II*"); *Stein v. CIA*, 454 F. Supp. 3d 1 (D.D.C. 2020) ("*Stein I*"). In its most recent opinion, the Court narrowed the case to three remaining issues:

First, the Court ordered Defendant the U.S. Department of State to produce *ex parte* one page with contested withholdings for the Court's review *in camera*. *Stein II*, 2023 WL 6388946 at *4. That page has been delivered. *See* Notice of *In Camera, Ex Parte* Submission (Nov. 20, 2023), ECF No. 91.

Second, the Court ordered Defendant the Central Intelligence Agency to produce to Plaintiffs 10 documents with everything but the relevant names (Michael Flynn, Sr. and Stephen Bannon) redacted. *Stein II*, 2023 WL 6388946 at *4. Defendants produced those pages on November 24, 2023.

Third, the Court again deferred consideration of certain withholdings by Defendant the Federal Bureau of Investigation ("FBI") and consideration of Defendant the Office of the Director

of National Intelligence's ("ODNI's") segregability analysis.[1] Specifically, Plaintiff challenged any application by FBI of FOIA exemptions 6 or 7(C), 5 U.S.C. §§ 552(b)(6), 552(b)(7)(C), to records pertaining to Mr. Flynn or Mr. Bannon. Plaintiff also challenged whether ODNI had thoroughly reviewed the 31 pages it had withheld in full "for reasonably segregable information," as ordered by the Court in *Stein I*, 454 F. Supp. 3d at 31. Because the Parties had a misunderstanding about whether FBI's withholdings and ODNI's segregation fell within the scope of Plaintiff's disputes, Defendants did not include those issues in their opening brief. *Stein II*, 2023 WL 6388946 at *3. Plaintiff then argued that Defendants had conceded summary judgment on those points, which Defendants denied. *Id.* Ultimately, the Court deferred ruling. *Id.*

Plaintiff still wishes to litigate both FBI's Exemption 6/7(C) withholdings regarding Messrs. Flynn and Bannon and whether ODNI conducted a proper segregability analysis. The Parties agree on the following schedule for doing so:

- January 19, 2024: Defs' Motion for Summary Judgment
- February 20, 2024: Plaintiff's Opposition & Cross Motion
- March 20, 2024: Defendants' Opposition & Reply
- April 4, 2024: Plaintiff's Reply

Date:  November 28, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice

---

[1] The Court had previously deferred on FBI's withholdings and on ODNI's segregability analysis. *See Stein II*, 2023 WL 6388946, at *3 (citing *Stein I*, 454 F. Supp. 3d at 22, 31).

Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendants*

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*