IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY STEIN, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF *ERRATUM* REGARDING PROPOSED SCHEDULE**

Yesterday's Joint Status Report, ECF No. 92, contained one typographical error: the Parties had agreed to February 21, not February 20, for Plaintiff's Opposition & Cross Motion. Thus, the Parties intended to propose the following schedule for further proceedings:

- January 19, 2024: Defs' Motion for Summary Judgment
- February 21, 2024: Plaintiff's Opposition & Cross Motion
- March 20, 2024: Defendants' Opposition & Reply
- April 4, 2024: Plaintiff's Reply

Date:   November 29, 2023           Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359

Email: Jason.Lynch@usdoj.gov

*Counsel for Defendants*