# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, | ) |
| Plaintiff, | ) No. 1:17-cv-00189 |
| v. | ) |
| CENTRAL INTELLIGENCE AGENCY, ET AL. | ) |
| Defendants. | ) |

### DECLARATION OF GREGORY M. KOCH,
### CHIEF, INFORMATION MANAGEMENT OFFICE,
### OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE

I, Gregory M. Koch, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I hereby incorporate by reference two prior declarations from the Office of the Director of National Intelligence ("ODNI") in this case: the August 24, 2018 declaration by Patricia Gaviria, ECF No. 22-8 ("Gaviria Decl.") and my June 23, 2020 declaration ("1st Koch Decl."), which was served on Plaintiffs after the Court's first summary-judgment decision.

2. To summarize and update the background set forth in my prior declaration: I am the Chief of the Information Management Office, under the Chief Operating Office of the Office of the Director of National Intelligence. In my current position, I am the final decision-making authority regarding the initial processing of Freedom of Information Act ("FOIA") requests for ODNI. Through the exercise of my official duties, I have become familiar with this civil action, the underlying FOIA requests, ODNI's subsequent responses, and previous court filings in this matter, including the two declarations referenced above.

3. Plaintiff's FOIA request, and ODNI's response to it, are described at length in the Gaviria Declaration.

1

4.      On April 14, 2020, the Court issued an opinion on the Parties' cross motions for summary judgment. *See* Mem. Op., ECF No. 45 ("*Stein I*"). The Court held that ODNI had properly withheld under FOIA Exemption 6, 5 U.S.C. § 552(b)(6), 31 pages of screenshots from the "Scattered Castles" and "Signal Flags" databases, which had been referred by the Central Intelligence Agency ("CIA") to ODNI because they are National Counterintelligence and Security Center ("NCSC") records.[1] *See Stein I* at 35–40. However, while acknowledging that it was "unlikely that screenshots of the databases contain any non-exempt, reasonably segregable information," the Court found it "nonetheless possible" and ordered ODNI "to submit a supplemental declaration describing in more detail the agency's review for reasonably segregable information." *Id.* at 40.

5.      On June 23, 2020, I executed a declaration pursuant to *Stein I*. As I explained there, I had personally re-reviewed each line of all 31 relevant pages. *See* 1st Koch Decl. ¶ 7 (describing in detail the result of that review). I concurred in Ms. Gaviria's conclusion that these pages "contain only two types of information: [1] personal identifying information, such as names, places and dates of birth, and social security numbers; and [2] information about previously granted security clearances, such as effective dates and level for any such clearance." *Id.* "The 31 pages at issue contain no additional information, excluding the above-listed categories of personally identifiable information and associated information about security clearances." *Id.* I also concurred in Ms. Gaviria's conclusion that "the specific information contained in these 31 pages does not reveal additional information about the steps taken to investigate and adjudicate the [relevant] individuals for access to classified information." *Id.* ¶ 8 (citing Gaviria Decl. ¶ 45).

---

[1] For descriptions of the "Scattered Castles" and "Signal Flags" databases, see paragraphs 41 and 42 of the Gaviria Declaration.

6.      On September 29, 2023, the Court issued an opinion on the Parties' cross motions for summary judgment. *See* Mem. Op., ECF No. 89 ("*Stein II*"). The Court again deferred on ODNI's segregability analysis with respect to the 31 relevant pages. *Id.* at 6–7.

7.      In the wake of *Stein II*, I again reviewed every line of the 31 pages at issue. I hereby reaffirm my prior conclusion, and the conclusion of Ms. Gaviria before me, that these pages contain no responsive, segregable information.

## CONCLUSION

8.      Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this __18__ day of January 2024.

Gregory M. Koch
Chief, Information Management Office