IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, *Plaintiff*, v. CENTRAL INTELLIGENCE AGENCY, *et al.*, *Defendants*. | Civil Action No. 1:17-cv-00189 (TSC) |

### [PROPOSED] ORDER

This case is before the Court on Defendants' Motion for Summary Judgment, ECF No. __. For the reasons stated in the motion, it is hereby

**ORDERED** that the motion is **GRANTED** and that judgment is **ENTERED** for Defendants on all remaining disputes in this case; and it is

**FURTHER ORDERED** that the case is **CLOSED**.


Date: _____                    _____
                                    TANYA S. CHUTKAN
                                    U.S. District Judge