**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY STEIN, | * |
| Plaintiff, | * |
| v. | * |
| | * Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * |
| Defendants. | * |

* * * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION OF Defendants' Motion for Summary Judgment, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Defendants' Motion is **DENIED**.

_____
Tanya S. Chutkan
United States District Judge