IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, <br><br> *Plaintiff*, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:17-cv-00189 (TSC) |

**CONSENT MOTION FOR EXTENSION OF SUMMARY-JUDGMENT BRIEFING SCHEDULE**

Defendants have filed a third motion for summary judgment in this Freedom of Information Act ("FOIA") case, ECF No. 94, and Plaintiff has filed an opposition and cross motion for summary judgment, ECF Nos. 95, 96. Defendants' combined opposition and reply brief is due March 20, 2024, and they have sought no prior extensions of that deadline.

Defendants seek a one-week extension of time due to the general press of business, including travel that was necessitated after the scheduling order was entered in this case. Plaintiff consents to this extension, provided that Defendants also move to extend his reply deadline by one week, to April 11, 2024.

Wherefore, Defendants move the Court, with Plaintiff's consent, to enter the following schedule for further briefing:

- March 27, 2024: Defendants' Reply and Opposition; and
- April 11, 2024: Plaintiff's Reply.

| | |
|---|---|
| Date:  March 8, 2024 | Respectfully Submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>/s/ *Jason C. Lynch*<br>JASON C. LYNCH (D.C. Bar No. 1016319)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Rm. 11214<br>Washington, DC 20005<br>Tel: (202) 514-1359<br>Email: Jason.Lynch@usdoj.gov<br><br>*Counsel for Defendants* |