NTSIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, *Plaintiff*, v. CENTRAL INTELLIGENCE AGENCY, *et al.*, *Defendants*. | Civil Action No. 1:17-cv-00189 (TSC) |

## **[PROPOSED] ORDER**

This case is before the Court on Defendants' Consent Motion for Extension of Summary-Judgment Briefing Schedule, ECF No. ___. For good cause stated in that motion, it is hereby

**ORDERED** that Defendants file a reply and opposition brief by **March 27, 2024**; and that Plaintiff file a reply brief by **April 11, 2024**.

It is so ordered.

Date: _____

_____
TANYA S. CHUTKAN
U.S. District Judge

1