IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY STEIN | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) ) | |

**RESPONSE TO PLANTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h)(1), Defendants hereby respond to Plaintiff's Statement of Material Facts as to Which There Is No Genuine Dispute, ECF No. 96 at 8–9 ("Pl. SUMF").

1. Admitted.

2. Admitted.

3. Defendants dispute that "names of blank fields" are "pieces of information subject to FOIA." The statute does not use, let alone define, the term "piece[] of information."

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted, although FBI's foreseeable-harm analysis was not confined to paragraph eight of the January 18, 2024 Second Declaration of Michael G. Seidel, ECF No. 94-3 ("2d Seidel Decl."). *See* August 24, 2018 Declaration of David M. Hardy ¶¶ 120–24, ECF No. 22-7 ("1st Hardy Decl.").

8. That Mr. Bannon's date and place of birth are "widely known" or "publicly available" are Plaintiff's characterizations, not objective facts capable of admission or denial. Defendants admit that the sole cited source purports to list Mr. Bannon's date and place of birth.

1

9. Disputed. *See* 2d Seidel Decl. ¶ 8 (citing 1st Hardy Decl. ¶¶ 120–24).

10. Disputed. *See* 2d Seidel Decl. ¶ 8 (citing 1st Hardy Decl. ¶¶ 120–24).

Date:  March 27, 2024                    Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendants*