UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY STEIN**,<br><br>        Plaintiff,<br><br>v.<br><br>**CENTRAL INTELLIGENCE AGENCY**, *et al.*,<br><br>        Defendant. | Civil Action No. 17-189 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 101, Defendants' Motion for Summary Judgment, ECF No. 94, is hereby GRANTED; Plaintiff's Cross Motion for Summary Judgment, ECF No. 96, is hereby DENIED; and the case is DISMISSED.

Date: September 26, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge