UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:17-cv-00189 (TSC) |

**PLAINTIFF'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS FEE PETITION**

NOW COMES Plaintiff to respectfully request a three-month enlargement of time pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure, to and including 10 January 2025, within which to file his Fee Petition. This petition was due 10 October 2024. Defendants do not oppose this Motion.

Plaintiff has good cause to request this extension. Plaintiff believes that the question of attorneys' fees may be resolved through a negotiated settlement and intends to provide an offer, with a detailed accounting of time, to Defendants' counsel in the near future. However, due to the fact that this case was litigated over the course of six years, combing through the contemporaneous time records and evaluating which parts to exclude due to partial success and other considerations has been a time-consuming process, which the undersigned has been unable to complete due to an unusually heavy caseload in the month of October. Plaintiff is requesting a three-month extension—as opposed to a shorter period—at the request of Defendants' counsel, who stated that the age of the case and the number of defendants would make reaching a consensus position difficult in a shorter time frame.

Plaintiff apologizes for the tardiness of this Motion. The undersigned requested Defendants' position on this Motion on 10 October and waited until Defendants' counsel was able to provide one before filing this Motion. Defendants' counsel advised the undersigned that Defendants did not oppose this Motion on 21 October, and the undersigned filed it as soon as he was able given his work schedule this week.

This is the first extension requested for this filing. Defendants consent to this extension. A proposed Order accompanies this Motion.

Date:   October 24, 2024

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*