IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, </br></br>        *Plaintiff*, </br></br>v. </br></br>CENTRAL INTELLIGENCE AGENCY, *et al.*, </br></br>        *Defendants*. | ) </br> ) </br> ) </br> ) </br> ) </br> )    Civil Action No. 1:17-cv-00189 (TSC) </br> ) </br> ) </br> ) </br> ) </br> ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANY OBJECTION TO PLAINTIFF'S BILL OF COSTS**

On September 26, 2024, the Court granted Defendants' motion for summary judgment and dismissed this Freedom of Information Act case. *See* Order (Sep. 26, 2024), ECF No. 102. Because the Court did not set a specific deadline, Plaintiff had 14 days per Federal Rule of Civil Procedure 54(d)(2)(B)(i) to move for attorneys' fees. Plaintiff missed that deadline, although Defendants did not oppose a motion for *nunc pro tunc* extension of time, which the Court granted. *See* Minute Order (Oct. 25, 2024). Plaintiff's petition for attorneys' fees is now due January 10, 2025. *Id.* In the meantime, Plaintiff filed a bill of costs on October 17, 2024 (ECF No. 103). Per Local Civil Rule 54.1(b), any opposition to that bill of costs is due October 31, 2024.

Defendants believe that the issues of attorneys' fees and costs should be decided together and, ideally, by agreement of the Parties without further litigation. Wherefore, Defendants seek an extension of time to file any objection to Plaintiffs' bill of costs until January 24, 2025, when any response to Plaintiffs' petition for attorneys' fees would be due. Such an extension will allow the Parties to negotiate fees and costs together and, Defendants hope, avoid involving the Court. Plaintiff does not oppose this extension of time.

Defendants respectfully request that the Court grant this motion and enter the enclosed

proposed order.

| | |
|---|---|
| Date:   October 29, 2024 | Respectfully Submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | MARCIA BERMAN<br>Assistant Branch Director |
| | /s/ *Jason C. Lynch*<br>JASON C. LYNCH (D.C. Bar No. 1016319)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Rm. 11214<br>Washington, DC 20005<br>Tel: (202) 514-1359<br>Email: Jason.Lynch@usdoj.gov |
| | *Counsel for Defendants* |