NTSIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE ) AGENCY, *et al.*, ) | |
| *Defendants*. ) | |

**[PROPOSED] ORDER**

This case is before the Court on Defendants' Unopposed Motion for Extension of Time to File Any Objection to Plaintiff's Bill of Costs, ECF No. ___. For good cause stated in that motion, it is hereby

**ORDERED** that the motion is **GRANTED** and that Defendants shall file any objection to Plaintiff's bill of costs by **January 24, 2025**.

It is so ordered.

Date: _____             _____
                                      TANYA S. CHUTKAN
                                      U.S. District Judge

1