UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, | *  <br> * |
| Plaintiff, | *  <br> * |
| v. | *  <br> *  Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | *  <br> *  <br> * |
| Defendants. | *  <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S RESPONSE TO DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ANY
OBJECTION TO PLAINTIFF'S BILL OF COSTS**

NOW COMES Plaintiff to clarify the nature of his position regarding Defendants' Unopposed Motion for Extension of Time to File Any Objection to Plaintiff's Bill of Costs. Defendants erroneously represented Plaintiff's position as "Plaintiff does not oppose this extension of time." (Defs.' Unopposed Mot. Ext. Time File Any Obj. Pl.'s Bill of Costs, Dkt. #105, at 1 (filed Oct. 29, 2024).) On 21 October 2024, Defs.' counsel asked the undersigned to include a request for an extension of this deadline with Plaintiff's motion to extend the fee petition deadline. On 24 October, the undersigned replied, stating that he could not ask for an extension of Defendants' deadline, in part because he did not agree that it was warranted because of the well-accepted rule that partial success does not diminish taxable costs, *see*, *e.g.*, *EPIC v. DHS*, 982 F. Supp. 2d 56, 65 (D.D.C. 2013) ("$350 (the filing fee) will not be reduced for partial success."), and therefore did not believe an opposition would be appropriate. However, in recognition of the fact that Defendants have the undisputed right to oppose the bill of costs if they choose, the undersigned advised Defendants' counsel, "[I]f you insist on filing a brief

opposing it you may state in your extension motion that Stein takes no position on the extension."

After Defendants filed this motion, the undersigned emailed Defendants' counsel and asked him to file a corrected motion identifying Plaintiff's position, citing in part the fact that when the undersigned has made a similar mistake in he past he has been accurately criticized by Government counsel. Since Defendants have not filed a corrected motion, Plaintiff is filing this response to clarify the record.

Date:   October 30, 2024

                                                        Respectfully submitted,

                                                         /s/ Kelly B. McClanahan
                                                        Kelly B. McClanahan, Esq.
                                                        D.C. Bar #984704
                                                        National Security Counselors
                                                        4702 Levada Terrace
                                                        Rockville, MD  20853
                                                        301-728-5908
                                                        240-681-2189 fax
                                                        Kel@NationalSecurityLaw.org

                                                        *Counsel for Plaintiff*