## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,                                *
                                              *
       Plaintiff,                        *
                                              *
       v.                                *
                                              *        Civil Action No. 1:17-cv-00189 (TSC)
CENTRAL INTELLIGENCE AGENCY,                  *
*et al.*,                                     *
                                              *
       Defendants.                       *
                                              *
*    *    *    *    *    *    *    *    *    *    *    *    *

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
### OF TIME WITHIN WHICH TO FILE HIS FEE PETITION

NOW COMES Plaintiff to respectfully request a six-week enlargement of time pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure, to and including 21 February 2025, within which to file his Fee Petition. This petition is due 10 January 2024. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. The undersigned has submitted a settlement offer to Defendants' counsel, and Defendants' counsel has advised the undersigned that the negotiations should be expected to take approximately a month more, largely due to the number of agency defendants. Accordingly, Plaintiff is requesting that his deadline be extended by six weeks, so that the undersigned will have approximately two weeks to focus on drafting the fee petition, should one be necessary.

Plaintiff apologizes for the tardiness of this Motion. The undersigned suggested an extension of time last week but, due to the agency closures due to inclement weather, Defendants' counsel was unable to provide the Government's position until late last night.

This is the second extension requested for this filing. Defendants consent to this extension. A proposed Order accompanies this Motion.

Date:   January 9, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*