# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFREY STEIN, | ) |
|   | ) |
| Plaintiff, | ) |
|   | ) |
| v. | ) Case No. 1:17-cv-00189-TSC |
|   | ) |
| CENTRAL INTELLIGENCE AGENCY *et al.*, | ) |
|   | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS TO MICHAEL BAER

Defendants respectfully provide notice that undersigned counsel, Michael H. Baer, has accepted a new job and will no longer be employed by the U.S. Department of Justice. His last day at the Department will be February 24, 2025. Accordingly, Mr. Baer provides notice of his withdrawal of appearance in this matter. Defendants will continue to be represented by Jason Lynch and any other Department of Justice attorneys who enter an appearance.

Dated: February 21, 2025         Respectfully Submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Michael H. Baer*
MICHAEL H. BAER
Trial Attorney (New York Bar No. 5384300)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12306
Washington, DC 20530
Telephone: (202) 598-5093
Facsimile: (202) 616-8470

       E-mail: Michael.H.Baer@usdoj.gov

*Counsel for Defendants*