UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, | * |
| Plaintiff, | * |
| v. | * |
| | *  Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * |
| Defendants. | * |

* * * * * * * * * * * * *

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS FEE PETITION**

NOW COMES Plaintiff to respectfully request a further sixty-day enlargement of time pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure, to and including 22 April 2025, within which to file his Fee Petition. This petition is due today, 21 February 2025. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. As noted previously, the undersigned submitted a settlement offer to Defendants' counsel on 2 January, and he is still awaiting a substantive response from Defendants' counsel, who advised the undersigned this week that the Government's internal discussions are ongoing and that he should request a further extension of sixty days. Accordingly, Plaintiff is requesting the sixty-day extension proposed by Defendants' counsel, in hopes that the parties will be able to reach a negotiated settlement and avoid further briefing.

This is the third extension requested for this filing. Defendants consent to this extension. A proposed Order accompanies this Motion.

Date:   February 21, 2025

                                                          Respectfully submitted,

                                                           /s/ Kelly B. McClanahan
                                                          Kelly B. McClanahan, Esq.
                                                          D.C. Bar #984704
                                                          National Security Counselors
                                                          1451 Rockville Pike
                                                          Suite 250
                                                          Rockville, MD 20852
                                                          501-301-4672
                                                          240-681-2189 fax
                                                          Kel@NationalSecurityLaw.org

                                                          *Counsel for Plaintiff*