UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, | * |
| Plaintiff, | * |
| v. | * |
| | * Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * |
| Defendants. | * |

* * * * * * * * * * * * *

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS FEE PETITION**

NOW COMES Plaintiff to respectfully request a further seventeen-day enlargement of time pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure, to and including 9 May 2025, within which to file his Fee Petition. This petition is due today, 22 April 2025. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. The parties have reached an agreement in principle regarding costs and attorneys' fees and anticipate finalizing the agreement within the next two weeks. This extension is to allow them to negotiate the specific terms of the settlement agreement and obtain all necessary approvals to sign it.

This is the fourth extension requested for this filing. Defendants consent to this extension. A proposed Order accompanies this Motion.

Date:   April 22, 2025

                Respectfully submitted,

                /s/ Kelly B. McClanahan  
                Kelly B. McClanahan, Esq.  
                D.C. Bar #984704  
                National Security Counselors  
                1451 Rockville Pike  
                Suite 250  
                Rockville, MD 20852  
                501-301-4672  
                240-681-2189 fax  
                Kel@NationalSecurityLaw.org

                *Counsel for Plaintiff*