**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFREY STEIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time

Within Which to File His Fee Petition, and the entire record herein, it is this _____ day of

_____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff shall file his Fee Petition no later than May 23,

2025.

_____
Tanya S. Chutkan
United States District Judge