UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, | * |
| Plaintiff, | * |
| v. | * |
| | *   Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * |
| Defendants. | * |

* * * * * * * * * * * * *

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS FEE PETITION**

NOW COMES Plaintiff to respectfully request a further nine-week enlargement of time pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure, to and including 25 July 2025, within which to file his Fee Petition. This petition is due today, 23 May 2025. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. As stated previously, the parties have reached an agreement in principle regarding costs and attorneys' fees. Defendants are, however, taking an unusual amount of time to approve one particular provision, in which Plaintiff is requesting that the Court order the parties to comply with the Settlement Agreement.[1] Furthermore, one of the already agreed-upon terms of the Settlement Agreement states that the case will not be dismissed until all payments of fees and costs have been made, and so Plaintiff is building enough time into this extension to allow such payments to be made.

---

[1] If the Court were to state that it will issue such an order when presented with the Settlement Agreement (assuming that it finds the Agreement to be in order), such a statement would undeniably accelerate the finalization process because that term would no longer need to be included in the actual document.

This is the sixth extension requested for this filing. Defendants consent to this extension.

A proposed Order accompanies this Motion.

Date:   May 23, 2025

                Respectfully submitted,

                 /s/ Kelly B. McClanahan
                Kelly B. McClanahan, Esq.
                D.C. Bar #984704
                National Security Counselors
                1451 Rockville Pike
                Suite 250
                Rockville, MD 20852
                501-301-4672
                240-681-2189 fax
                Kel@NationalSecurityLaw.org

                *Counsel for Plaintiff*