# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, | * |
| Plaintiff, | * |
| v. | * |
| | *  Civil Action No. 1:17-cv-00189 (TSC) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS FEE PETITION

NOW COMES Plaintiff to respectfully request a further one-month enlargement of time pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure, to and including 25 August 2025, within which to file his Fee Petition. This petition is due 25 July 2025. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. The parties have reached a final settlement agreement on the matter of costs and attorneys' fees, which provides that the parties will file a stipulation of dismissal after Defendants have made all required payments. Because Defendants have not completed the payment process, Plaintiff requests an additional month for them to do so, in the expectation that he will then be able to dismiss the case without filing a Fee Petition.

This is the seventh extension requested for this filing. Defendants consent to this extension. A proposed Order accompanies this Motion.

Date:   July 23, 2025

                                          Respectfully submitted,

                                          /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        1451 Rockville Pike
                                        Suite 250
                                        Rockville, MD 20852
                                        501-301-4672
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiff*