IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE )<br>AGENCY, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1:17-cv-00189 (TSC) |

**SUBSTITUTION OF COUNSEL**

To: The Clerk of Court and all parties of record.

Please enter the appearance of Olivia Hussey Scott as counsel for Defendants in the above-captioned case. Ms. Scott is admitted or otherwise authorized to practice in this Court. She substitutes for Jason C. Lynch, who previously appeared on behalf of Defendants.

Date: July 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Olivia Hussey Scott*
Olivia R. Hussey Scott
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-8491
Fax: (202) 616-8460
Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendants*