UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*　Civil Action No. 1:17-cv-00189 (TSC)<br>*<br>*<br>*<br>*<br>* |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS FEE PETITION**

NOW COMES Plaintiff to respectfully request a further two-week enlargement of time pursuant to Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure, to and including 8 September 2025, within which to file his Fee Petition. This petition is due 25 August 2025. Defendants consent to this Motion.

Plaintiff has good cause to request this extension. As noted previously, the parties have reached a final settlement agreement on the matter of costs and attorneys' fees, which provides that the parties will file a stipulation of dismissal after Defendants have made all required payments. Most but not all Defendants have completed the payment process, but Defendants' new counsel is on leave until 26 August. As a result, the parties are unable to meaningfully confer to resolve the matter before Plaintiff's Fee Petition is due. Plaintiff therefore requests an additional two weeks for them to do so and finalize the execution of the settlement, in the expectation that he will then be able to dismiss the case without filing a Fee Petition.

This is the eighth extension requested for this filing. Defendants consent to this extension. A proposed Order accompanies this Motion.

Date:   August 20, 2025

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        1451 Rockville Pike
                                        Suite 250
                                        Rockville, MD 20852
                                        501-301-4672
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiff*