**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY STEIN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No. 1:17-cv-00189 (TSC)<br>*<br>*<br>*<br>*<br>* |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## **ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time Within Which to File His Fee Petition, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiff shall file his Fee Petition no later than September 8, 2025.

_____
Tanya S. Chutkan
United States District Judge