# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,                               *
                                             *
  Plaintiff,                       *
                                             *
  v.                               *
                                             *    Civil Action No. 1:17-cv-00189 (TSC)
CENTRAL INTELLIGENCE AGENCY,                 *
*et al.*,                                    *
                                             *
  Defendants.                      *
                                             *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S NOTICE OF NON-FILING OF FEE PETITION

As part of the final settlement agreement on the matter of costs and attorneys' fees,

Defendants agreed to pay Plaintiff the total sum of $20,000. Defendants have transferred $18,600

of this amount, and only one Defendant has yet to make the transfer, ostensibly due to an

administrative paperwork issue. Therefore, as a gesture of good faith, Plaintiff will not seek a

further extension of his deadline for filing a fee petition, but he reserves the right to petition this

Court to compel adherence to the terms of the signed settlement agreement if the remaining

Defendant does not promptly complete the transaction.

Date: September 9, 2025    Respectfully submitted,

           /s/ Kelly B. McClanahan
          Kelly B. McClanahan, Esq.
          D.C. Bar #984704
          National Security Counselors
          1451 Rockville Pike
          Suite 250
          Rockville, MD 20852
          501-301-4672
          240-681-2189 fax
          Kel@NationalSecurityLaw.org

          *Counsel for Plaintiff*