## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFREY STEIN | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-00189 (TSC) |
| | ) | |
| CENTRAL INTELLIGENCE | ) | |
| AGENCY, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties'

Settlement Agreement executed on July 16, 2025, Plaintiffs and Defendants, by and through

their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.


Dated: September 25, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Olivia Hussey Scott*
Olivia R. Hussey Scott
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8491
Email: Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendants*

_/s/ Kelly B. McClanahan_
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike, Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Attorney for Plaintiff*